JS - 6   **LINK: 16**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. CV 08-03799 GAF (MANx)** |
| Plaintiff, ) | |
| vs. ) | |
| ) | JUDGMENT |
| $15,921.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

The Court, having entered default judgment in favor of plaintiff the United States of America on its first cause of action pursuant to 21 U.S.C. § 881(a)(6),

Judgment is hereby entered in favor of the United States on its first cause of action for the reasons and in the manner set forth in the Court's August 10, 2009 Memorandum and Order.

**IT IS SO ORDERED.**

DATED: August 10, 2009

_____
Judge Gary Allen Fees
United States District Court

1